**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### ORDER

| | |
|---|---|
| Appellate case name: | Johnny Allen Jennings v. The State of Texas |
| Appellate case number: | 01-17-00605-CR and<br>01-17-00606-CR |
| Trial court case number: | 1475819 and<br>1512991 |
| Trial court: | 351st District Court of Harris County |

On December 5, 2017, we abated these appeals, remanded the cases to the trial court, and directed the trial court to appoint counsel, at no expense to appellant, to represent him on appeal. The trial court clerk has filed a supplemental clerk's record that includes the trial court's December 7, 2017 order appointing Scott C. Pope of the Harris County Public Defender's Office to represent appellant on appeal. Accordingly, we **REINSTATE** the cases on the Court's active docket.

Appellant has filed a notice designating Cheri Duncan of the Harris County Public Defender's Office as new lead counsel for appellant. *See* TEX. R. APP. P. 6.1(c). The Clerk of this Court is directed to note Cheri Duncan as appointed counsel for appellant on the docket of this Court. *See id.* 6.1(c), 6.3.

Appellant's brief is due to be filed in these appeals no later than 30 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                ☑ Acting individually   ☐ Acting for the Court

Date: February 8, 2018